IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) JOSE A. RODRIGUEZ-LESPIER <br> 2) ROLANDO NATLA-SABATER <br> 3) RENE RAMIREZ-ALZAMORA <br> **4) RUBEN FERNANDEZ-LOPEZ** <br> 5) MANUEL PEREZ-HUERTAS <br> 6) MAGALI L. FERNANDEZ-LOPEZ <br> 7) MELISSA MADERA-LABOY <br> 8) CARLOS D. MARTINEZ-MENDOZA <br> 9) ERIC C. GONZALEZ-MELENDEZ <br> 10) WILFREDO LOPEZ-MARTINEZ <br> 11) CARLOS RIVERA-VELAZQUEZ <br> 12) CRISTOBAL MUÑOZ-GARCIA <br> 13) JOSE M. ALBIZU-RIVERA <br> 14) JUAN M. LOPEZ-COLON <br> 15) JOSE A. COSME-MALDONADO <br> 16) RUFINO COLON-PEREZ <br> 17) MARIA L. COLON-VEGA <br> 18) EDWIN GARCIA-RIOS <br> 19) WILLIAM FLORES-LESPIER <br> 20) RAFAEL IRIZARRY-SANTOS <br> 21) WILLIAM ROSADO-GUZMAN <br> 22) NIURKA M. MUÑOZ-GOMEZ <br> 23) JOSE M. GOMEZ-ZALDO <br> 24) CARLOS R. RODRIGUEZ-VEGA <br> 25) SANTOS R. MONTES-MONTALVO <br> 26) SOTERO GONZALEZ-LOPEZ <br> 27) FELIX MALDONADO-RIOS <br> 28) ERIC H. GONZALEZ-CHACON <br> 29) JOSE J. FELICIANO-RIVERA <br> 30) JOSE E. LOPEZ-MIRANDA <br> 31) MELVIN J. OJEDA-VAZQUEZ <br> 32) JAVIER O. PEREZ-HERNANDEZ <br> 33) GUSTAVO A. VELEZ-OQUENDO <br> 34) LORIMAR SANTIAGO-RODRIGUEZ <br> Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 21, 2011 (**docket entry 467**) on a Rule 11 proceeding of defendant Rubén Fernández-López (4) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on September 8, 2011, to which no

CIVIL 10-0412CCC                            2

opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Fernández-López is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 8, 2011.  The **sentencing hearing is set for December 8, 2011 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 29, 2011.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge